UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-62384-RAR

**DEVE TERVIL**,

    Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.**, *et al.*,

    Defendants.

_____/

## ORDER REQUIRING COMBINED RESPONSES

**THIS CAUSE** comes before the Court *sua sponte*. Defendants appear to have been served with process. *See* Notice of Removal [ECF No. 1]. To better manage the orderly progress of the case, it is hereby

**ORDERED AND ADJUDGED** that Defendants shall submit either a single combined response or separate answers by **December 27, 2021**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 17th of December, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record