UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-62384-RAR

**DEVE TERVIL**,

    Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS.**, *et al.*,

    Defendants.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. On December 22, 2021, the Court entered a Scheduling Order [ECF No. 19] requiring the parties, among other things, to select a mediator; **schedule a time, date, and place for mediation**; and jointly file a proposed order scheduling mediation by January 11, 2022. *See* Scheduling Order at 1. On January 11, 2022, the parties filed a Joint Notice of Mediator Selection [ECF No. 23] indicating that the parties have selected Lori Adelson as their mediator in this action. However, the parties failed to file a proposed order indicating a time, date, and place for mediation. Consequently, the Notice of Selection of Mediator does not comply with the requirements imposed by this Court's Scheduling Order. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that on or before **January 14, 2022**, the parties shall file a revised proposed order scheduling mediation with a **time, date, and place** for mediation or show good cause as to why sanctions should not be imposed.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 11th day of January, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**