UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:21-CV-62384-RAR

DEVE TERVIL,

     Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC., et al,

     Defendant.

_____/

### NOTICE OF SETTLEMENT WITH RESPECT DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff Deve Tervil submits this Notice of Settlement and states the Plaintiff and Defendant Experian Information Solutions, Inc. have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court. This case remains active with respect to the remaining Defendant.

     Dated: January 25, 2022

                        Respectfully Submitted,

                         /s/ Thomas J. Patti                                    .
                        **JIBRAEL S. HINDI, ESQ.**
                        Florida Bar No.: 118259
                        E-mail:    jibrael@jibraellaw.com
                        **THOMAS J. PATTI, ESQ.**
                        Florida Bar No.: 118377
                        E-mail:    tom@jibraellaw.com
                        The Law Offices of Jibrael S. Hindi
                        110 SE 6th Street, Suite 1744
                        Fort Lauderdale, Florida 33301
                        Phone:    954-907-1136
                        Fax:       855-529-9540

                        *COUNSEL FOR PLAINTIFF*

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on January 25, 2022, the forgoing was electronically via the

Court's CM/ECF system on all counsel of record.

            /s/ Thomas Patti                                    .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118277

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com