**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE No.:** 0:21-cv-62384-RAR

DEVE TERVIL,

    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
and TRANS UNION, LLC

    Defendants.

_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Deve Tervil and Defendant Equifax Information Services, LLC, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendants shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

DATED: February 22, 2022

| | |
|---|---|
| /s/ Jibrael S. Hindi | /s/ Kimberly A. Carabotta |
| **JIBRAEL S. HINDI, ESQ.** | **KIMBERLY A. CARABOTTA, ESQ.** |
| Florida Bar No.: 118259 | Florida Bar No.: 1027353 |
| E-mail:jibrael@jibraellaw.com | E-mail: kcarabotta@seyfarth.com |
| **THOMAS J. PATTI, ESQ.** | SEYFARTH SHAW LLP |
| Florida Bar No.: 118377 | 1075 Peachtree Street, N.E. |
| E-mail:tom@jibraellaw.com | Suite 2500 |
| The Law Offices of Jibrael S. Hindi | Atlanta, GA 30309-3958 |
| 110 SE 6th Street, Suite 1744 | Telephone: (404) 704-9690 |
| Fort Lauderdale, Florida 33301 | Facsimile: (404) 724-1739 |
| Phone: 954-907-1136 | |
| Fax: 855-529-9540 | |
| *COUNSEL FOR PLAINTIFF* | |
| | *COUNSEL FOR DEFENSE* |