**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE No.: 0:21-cv-62384-RAR

DEVE TERVIL,

    Plaintiff,

vs.

EXPERIAN INFORMATION SERVICES, INC.,
EQUIFAX INFORMATION SERIVCES, LLC
and TRANS UNION, LLC,

    Defendants.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Deve Tervil and Defendant Experian Information Services, Inc., by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendants shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

DATED: March 11, 2022

| | |
|---|---|
| /s/ Thomas J. Patti | /s/ Graziella Michelle Pastor |
| **JIBRAEL S. HINDI, ESQ.** | GRAZIELLA MICHELLE PASTOR, ESQ. |
| Florida Bar No.: 118259 | Florida Bar No. 1033024 |
| E-mail:jibrael@jibraellaw.com | Email: gpastor@jonesday.com |
| **THOMAS J. PATTI, ESQ.** | JONES DAY |
| Florida Bar No.: 118377 | 600 Brickell Avenue, Suite 3300 |
| E-mail:tom@jibraellaw.com | Miami, FL 33131 |
| The Law Offices of Jibrael S. Hindi | Telephone: (305) 714-9815 |
| 110 SE 6th Street, Suite 1744 | Facsimile: (305) 714-9815 |
| Fort Lauderdale, Florida 33301 | |
| Phone: 954-907-1136 | *Counsel for Defendant* |
| Fax:    855-529-9540 | *Experian Information Solutions, Inc.* |
| | |
| *COUNSEL FOR PLAINTIFF* | |